**Order filed March 14, 2019**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-17-01011-CV
_____

**GINA LUSK, Appellant**

**V.**

**CHAMPIONS REAL ESTATE, IGNACIO OSORIO AND ADRIANA OSORIO, Appellee**

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2015-53814**

---

## ORDER

On February 21, 2019, appellant filed a motion for leave to file a supplemental brief. Along with her motion, appellant filed a supplemental brief. Because we denied appellant's request for leave to file a supplemental brief, we issue this order striking appellant's supplemental brief.

PER CURIAM